```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

* * * * * * * * * * * * * * *   )
UNITED STATES OF AMERICA,       )   Criminal Action
                                )     No. 23-00032
          Plaintiff,            )
                                )
  vs.                           )
                                )
VICTOR SEAN DENNISON,           )   Washington, D.C.
                                )   February 9, 2023
          Defendant.            )   10:07 a.m.
                                )
* * * * * * * * * * * * * * *   )


              TRANSCRIPT OF STATUS CONFERENCE
                    CONDUCTED VIA ZOOM
         BEFORE THE HONORABLE TREVOR N. McFADDEN
                UNITED STATES DISTRICT JUDGE



APPEARANCES:

FOR THE GOVERNMENT:      BRENDAN BALLOU, ESQ.
                         U.S. DEPARTMENT OF JUSTICE
                         950 Constitution Avenue, Northwest
                         Washington, D.C. 20530


                         ELIZABETH N. ERIKSEN, ESQ.
                         U.S. DEPARTMENT OF JUSTICE
                         1301 New York Avenue
                         Eighth Floor
                         Washington, D.C. 20005


FOR THE DEFENDANT:       REMY BOGNA, ESQ.
                         FEDERAL DEFENDERS OF SAN DIEGO, INC.
                         225 Broadway
                         Suite 900
                         San Diego, California 92101
```

```
 1    REPORTED BY:          LISA EDWARDS, RDR, CRR
                            Official Court Reporter
 2                          United States District Court for the
                              District of Columbia
 3                          333 Constitution Avenue, Northwest
                            Room 6706
 4                          Washington, D.C. 20001
                            (202) 354-3269
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1      THE COURT:  Good morning, folks.
2      THE COURTROOM DEPUTY:  Good morning, your Honor.
3  Your Honor, this is Criminal Case 23-32, the United States
4  of America versus Victor Sean Dennison.
5      Can the parties please introduce yourselves for
6  the record, starting with the Government.
7      MR. BALLOU:  Thank you.  Brendan Ballou and Beth
8  Eriksen for the U.S.
9      MS. BOGNA:  Remy --
10     THE COURT:  Good morning.
11     MS. BOGNA:  Apologies, Judge.
12     Remy Bogna with the Federal Defenders of San
13 Diego, currently on behalf of Mr. Dennison.
14     THE COURT:  Good morning, Ms. Bogna.
15     And good morning, Mr. Dennison.
16     Mr. Ballou, you've already had the arraignment; is
17 that correct?
18     MR. BALLOU:  We had the initial hearing.  I don't
19 know if we had the official arraignment yet.
20     THE COURT:  Mr. Dennison, are you willing to
21 proceed virtually for purposes of the arraignment today?
22     THE DEFENDANT:  Yes.
23     THE COURT:  I do think it is appropriate for us to
24 proceed virtually in light of the pandemic and the
25 authorization laid out in the CARES Act.

1                 Ms. --

2                 THE DEFENDANT:  I apologize, your Honor.  Are we

3    on record at this point?

4                 THE COURT:  Yes, we are.

5                 THE DEFENDANT:  Okay.  Just for the record, I'm

6    making special appearance on behalf of the Defendant, who is

7    right here.  Victor Sean Dennison is the Defendant.  I am a

8    sovereign man, Victor hyphen Sean colon Dennison.  I am not

9    the trust, which is being charged in this case, fraudulent

10   charges, I might add.  And we can go into that more.

11                But as -- you know, with this case as it is, all

12   the damages that I've incurred, as the beneficiary of the

13   trust, I'm appointing you, my trustee, to discharge this

14   matter.

15                And I'll tell you --

16                THE COURT:  Sir, sir, excuse me.

17                THE DEFENDANT:  -- of charges, it's -- it's

18   defamation; it's libel --

19                MS. BOGNA:  Mr. Dennison, I would just allow --

20                THE DEFENDANT:  I'm not talking to you.  Okay?

21   Thank you.

22                THE COURT:  All right.

23                THE DEFENDANT:  I'm a sovereign man.  I'm a

24   sovereign man.  And I'm right now speaking, so just let me

25   say what I'm saying.

1      THE COURT: No, Mr. Dennison. Excuse me, sir.
2      THE DEFENDANT: Yeah.
3      THE COURT: I will only do this virtually if you
4  are going to cooperate with me. If not, I will require you
5  to come to court in D.C. for each and every hearing. And if
6  you do not, I will have you arrested. Are you going to
7  cooperate with me?
8      THE DEFENDANT: Here's a little note from the
9  Supreme Court. This --
10     THE COURT: I'm going to take --
11     MS. BOGNA: Mr. Dennison, I'm advising you now to
12 listen to Judge McFadden.
13     THE DEFENDANT: *U.S. versus Minker*, 350 U.S.
14 179 --
15     THE COURT: All right.
16     THE DEFENDANT: -- because of --
17     THE COURT: Mr. --
18     THE DEFENDANT: On the surface, any citizen
19 because of their respect for what appeared to be law --
20     MS. BOGNA: Mr. Dennison --
21     THE DEFENDANT: -- due respect -- are cunningly
22 coerced into waiving their rights due to ignorance.
23     I'm not going to be cunningly coerced by this
24 Court to waive my rights. Okay?
25     MS. BOGNA: Nobody is asking you to waive your

1  rights, Mr. Dennison, but I am asking you --
2            THE DEFENDANT:  The powers that be --
3            MS. BOGNA:  -- to listen to Judge McFadden.
4            THE DEFENDANT:  The powers that be -- I'm letting
5  you know that I am alive and I claim birth certificate trust
6  accounts, Title 31, United States Code, 1321/1322, is what
7  we are supposed to do too, Nationality Act, 1940.
8            Do you understand what I just said?  Okay.
9            THE COURT:  All right.
10           THE DEFENDANT:  I'm a beneficiary of the trust.
11           (Defendant's audio feed muted.)
12           THE COURT:  I'm going to set this for arraignment
13  in person.
14           Mr. Ballou, is the Government available next
15  Friday at 2:30?
16           MR. BALLOU:  Your Honor, I was planning to be in
17  New York that day.  Would it be possible to do it the
18  following week?  That's preferable.  But obviously, if
19  that's the date that works for you, it'll work for us.
20           MS. ERIKSEN:  Your Honor, I'm available to cover
21  if that is the Court -- the day the Court would prefer.
22           THE COURT:  Yes.  We're going to set this for 2:30
23  next Friday.  And that'll be an in-person hearing.  If the
24  Defendant does not appear, a bench warrant will be issued
25  for his arrest.  That will be in person in Courtroom 2.

1             Mr. Ballou, anything further for the Government?
2             MR. BALLOU:  I suppose our only request would be
3    that the Speedy Trial Act be tolled for this period.
4             THE COURT:  I'm going to assume the Defendant is
5    objecting to that, and I am going to toll the speedy trial
6    clock over the Defendant's objection.
7             Ms. Bogna, I appreciate your appearance here
8    today.  I take it the Defendant -- well, I have the
9    impression he wants to represent himself.
10            MS. BOGNA:  That is correct, your Honor.
11            THE COURT:  I think I'll deal with that next
12   Friday.  I certainly welcome you to be there, but I think if
13   I determine that he needs to be represented I can find
14   representation at that point.  I don't want to ask you to
15   come out all this way, given that at this point he's not
16   seeking you to represent him.
17            MS. BOGNA:  I appreciate that.  And I have been
18   coordinating with Ms. Peterson from the District of Columbia
19   Federal Defender.  She's aware of the case and I'll give her
20   an update on this.
21            THE COURT:  Okay.  So, Mr. Dennison, we've muted
22   you because you're failing to follow my directions.  But I'm
23   just going to tell you if you do not come next Friday for
24   your arraignment, you may face arrest and initial charges.
25            Thanks, folks.

1    And I'll say for the record, as I was saying, I do
2  find that the interests of justice outweigh the interest of
3  the public and the Defendant in a speedy trial to the extent
4  I will toll the speedy trial clock until next Friday.
5            MR. BALLOU:  Thank you, your Honor.
6            MS. ERIKSEN:  Thank you, your Honor.
7            (Proceedings concluded.)

1 **<u>CERTIFICATE</u>**

3          I, LISA EDWARDS, RDR, CRR, do hereby
4   certify that the foregoing constitutes a true and accurate
5   transcript of my stenographic notes, and is a full, true,
6   and complete transcript of the proceedings produced to the
7   best of my ability.

10                Dated this 29th day of May, 2024.

12          /s/ Lisa Edwards, RDR, CRR
            Official Court Reporter
13          United States District Court for the
              District of Columbia
14          333 Constitution Avenue, Northwest
            Washington, D.C. 20001
15          (202) 354-3269