```
                      UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA

    * * * * * * * * * * * * * * *    )
    UNITED STATES OF AMERICA,         )   Criminal Action
                                      )      No. 23-00032
               Plaintiff,             )
                                      )
      vs.                             )
                                      )
    VICTOR SEAN DENNISON,             )   Washington, D.C.
                                      )   February 17, 2023
               Defendant.             )   2:36 p.m.
                                      )
    * * * * * * * * * * * * * * *    )


                 TRANSCRIPT OF STATUS CONFERENCE
             BEFORE THE HONORABLE TREVOR N. McFADDEN
                    UNITED STATES DISTRICT JUDGE



    APPEARANCES:

    FOR THE GOVERNMENT:       ELIZABETH N. ERIKSEN, ESQ.
                              U.S. DEPARTMENT OF JUSTICE
                              1301 New York Avenue
                              Eighth Floor
                              Washington, D.C. 20005

    FOR THE DEFENDANT:        DIANE SHREWSBURY, ESQ.
    (as standby counsel)      OFFICE OF THE FEDERAL PUBLIC
                                DEFENDER
                              625 Indiana Avenue, Northwest
                              Suite 550
                              Washington, D.C. 20004

    FOR PRETRIAL SERVICES:    CHRISTINE SCHUCK

    REPORTED BY:              LISA EDWARDS, RDR, CRR
                              Official Court Reporter
                              United States District Court for the
                                District of Columbia
                              333 Constitution Avenue, Northwest
                              Room 6706
                              Washington, D.C. 20001
                              (202) 354-3269
```

1        THE COURTROOM DEPUTY:  Your Honor, this is
2   Criminal Case 23-32, the United States of America versus
3   Victor Sean Dennison.
4        Counsel, please come forward to identify
5   yourselves for the record, starting with the Government.
6        MS. ERIKSEN:  Good afternoon, your Honor.
7   Elizabeth Eriksen on behalf of the United States.
8        THE COURT:  Good afternoon, Ms. Eriksen.
9        MS. SHREWSBURY:  Good afternoon, your Honor.
10  Diane Shrewsbury as standby counsel for Mr. Dennison.
11       I did just speak with him.  He said that he is
12  waiting for a car, a taxi, at M and 1st Street and is
13  running late.  So apologies.
14       THE COURT:  He's actually in the city?
15       MS. SHREWSBURY:  He said he's outside the WeWork
16  at M and 1st.  His app wasn't working, so he's calling a
17  taxi.  He's sorry he's late.
18       THE COURT:  Well, we'll give him a few minutes to
19  see if he gets here.  Thanks.
20       I take it you don't have any representations as
21  to -- Ms. Shrewsbury, you're with FPD?
22       MS. SHREWSBURY:  Yes, I am.  Here in D.C.
23       THE COURT:  I take it you don't have any knowledge
24  about whether or not he's seeking to continue to represent
25  himself?

```
 1                MS. SHREWSBURY:  It is my understanding that he
 2   does not want counsel appointed.  He did ask me to request a
 3   conversation with your Honor that was in private, so I'm
 4   making the request.  But I do understand that he does not
 5   want appointed counsel.
 6                THE COURT:  Thanks.
 7                We'll wait a few minutes.
 8                (Thereupon a recess was taken, after which the
 9   following proceedings were had:)
10                THE COURT:  Call the case, please, Ms. Chaclan.
11                THE COURTROOM DEPUTY:  Your Honor, this is
12   Criminal Case 23-32, the United States of America versus
13   Victor Sean Dennison.
14                THE COURT:  And I think both attorneys have stated
15   their names for the record.  It's now 3:06.  The Defendant
16   was due here at 2:30.
17                Ms. Eriksen, do you have a motion?
18                MS. ERIKSEN:  Your Honor, I would make a motion to
19   issue an arrest warrant for the Defendant at this time.
20                THE COURT:  Ms. Shrewsbury?
21                MS. SHREWSBURY:  Your Honor, it's my understanding
22   that he's close.  He texted me about seven minutes ago, so I
23   assume he should be appearing in court very soon.  I know it
24   takes some time to get through security.  I think if we give
25   him a little bit more time that he should be here.
```

1         THE COURT: It's Friday afternoon. He should have
2    been here over half an hour ago. I'm issuing the bench
3    warrant.
4         Have a good weekend, folks. I'll just direct the
5    marshals if he comes to take him into custody.
6         (Thereupon a recess was taken, after which the
7    following proceedings were had:)
8         THE DEFENDANT: We need to --
9         THE COURT: Sir, please approach the desk here.
10        THE DEFENDANT: I'm saying I forgot I requested a
11   private meeting with you. I don't know if you heard the
12   request.
13        THE COURT: Take the Defendant into custody. I am
14   not quashing the bench warrant.
15        THE DEFENDANT: I am a child of God. I do not
16   consent. I do not consent. I do not consent. You need my
17   consent to do that. Judge, you need my consent to do that.
18   I'm a beneficiary of the trust. I'm a beneficiary of the
19   trust. Stop it. I'm not doing anything. Why are you
20   being -- why are you having a man hold me, Judge? I'm not
21   being -- I'm just trying to talk to you. What's happening?
22   I'm a child of God. I'm a man standing here as a child of
23   God.
24        THE COURT: Please remove the Defendant from the
25   courtroom.

```
 1                THE DEFENDANT:  Okay.
 2                THE COURT:  Just so you know, an affidavit, I sent
 3     an affidavit.
 4                (Thereupon, the Defendant retired from the
 5     courtroom and the following proceedings were had:)
 6                THE COURT:  Ms. Eriksen, are you available at 9:00
 7     a.m. on Tuesday for an arraignment?
 8                MS. ERIKSEN:  Let me check.  Yes, your Honor.
 9     I'll make myself available.
10                THE COURT:  And, Ms. Shrewsbury, sorry to --
11                MS. SHREWSBURY:  Yes, your Honor.  I'll make
12     myself available or someone from my office.  Somebody
13     appointed will be here.
14                THE COURT:  Thank you.
15                Thanks, folks.  See you on Tuesday.
16                (Proceedings concluded.)
```

## **CERTIFICATE**

I, LISA EDWARDS, RDR, CRR, do hereby certify that the foregoing constitutes a true and accurate transcript of my stenographic notes, and is a full, true, and complete transcript of the proceedings produced to the best of my ability.

Dated this 29th day of May, 2024.

/s/ Lisa Edwards, RDR, CRR
Official Court Reporter
United States District Court for the
  District of Columbia
333 Constitution Avenue, Northwest
Washington, D.C. 20001
(202) 354-3269