```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

     * * * * * * * * * * * * * * *    )
     UNITED STATES OF AMERICA,        )    Criminal Action
                                      )      No. 23-00032
                   Plaintiff,         )
                                      )
         vs.                          )
                                      )
     VICTOR SEAN DENNISON,            )    Washington, D.C.
                                      )    June 5, 2023
                   Defendant.         )    9:31 a.m.
                                      )
     * * * * * * * * * * * * * * *    )


                    TRANSCRIPT OF STATUS CONFERENCE
                BEFORE THE HONORABLE TREVOR N. McFADDEN
                    UNITED STATES DISTRICT JUDGE


     APPEARANCES:

     FOR THE GOVERNMENT:       BRENDAN BALLOU, ESQ.
                               U.S. DEPARTMENT OF JUSTICE
                               950 Constitution Avenue, Northwest
                               Washington, D.C. 20530

                               ELIZABETH N. ERIKSEN, ESQ.
                               U.S. DEPARTMENT OF JUSTICE
                               1301 New York Avenue
                               Eighth Floor
                               Washington, D.C. 20005


     FOR THE DEFENDANT:        UBONG AKPAN, ESQ.
     (as standby counsel)      OFFICE OF THE FEDERAL PUBLIC
                                  DEFENDER
                               625 Indiana Avenue, Northwest
                               Suite 550
                               Washington, D.C. 2000
```

```
 1    REPORTED BY:            LISA EDWARDS, RDR, CRR
                              Official Court Reporter
 2                            United States District Court for the
                                District of Columbia
 3                            333 Constitution Avenue, Northwest
                              Room 6706
 4                            Washington, D.C. 20001
                              (202) 354-3269
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    THE COURTROOM DEPUTY:  Your Honor, this is
2 Criminal Case 23-32, the United States of America versus
3 Victor Sean Dennison.
4    Can the parties please identify yourselves for the
5 record, starting with the Government.
6    MR. BALLOU:  Good morning, your Honor.  Brendan
7 Ballou, joined by Beth Eriksen and paralegal Dan Haines.
8    THE COURT:  Good morning, folks.
9    MS. AKPAN:  Good morning, your Honor.  Ubong
10 Akpan, standby counsel for Dr. Dennison.
11    THE COURT:  Good morning, Ms. Akpan.
12    It is now 9:31.  This case was set for jury trial
13 at 9:00.
14    I do not see the Defendant.
15    Ms. Akpan, do you have any representations?
16    MS. AKPAN:  Your Honor, I do not have any
17 representations to make.
18    THE COURT:  And I'll just note for the record, he
19 forwarded us an email that I think Ms. Akpan had sent him on
20 Friday pointing out the importance of appearing in court
21 today and that he could face a bench warrant if he did not
22 appear.
23    Of course, Ms. Akpan just sent that to him, but he
24 then forwarded it to the rest of us with a long response
25 that was somewhat incoherent, but I took to be a pretty

1  clear suggestion that he did not expect to be making it.
2           We also received a package this morning that was
3  even less coherent, but it seemed to be something in lieu of
4  his appearance.
5           Mr. Ballou, do you have a motion?
6           MR. BALLOU:  We'd move to issue an arrest warrant
7  for his failure to appear.
8           THE COURT:  I'm going to issue that bench warrant.
9           I'm just trying to think whether it makes sense to
10 try to set a new trial date at this point or wait until he's
11 picked up.
12          Mr. Ballou, do you have any thoughts on that?
13          MR. BALLOU:  Given we don't know the marshals'
14 schedule, perhaps it makes sense to arrest him first before
15 setting a trial date.
16          THE COURT:  That's fine with me.  I'm concerned
17 that it's going to be a while before we can get all of our
18 schedules together.  But that's his problem.
19          MR. BALLOU:  Well, honestly, your Honor, if it
20 would help you to schedule something, we're obviously more
21 than happy to do that now.
22          THE COURT:  I'll tell you, we're scheduling so
23 many trials right now, A, things are a bit in flux and, B,
24 I'd hate to tie up everybody's schedule for a trial that may
25 or may not occur.

1           I think we'll just leave things.
2           Ms. Chaclan, why don't we wait just another ten
3  minutes before notifying the jury office just in case he
4  comes in late.
5           If you all can give her your cell phones just in
6  case we see him in the next few minutes.  But otherwise,
7  thanks for your appearance today.
8           Ms. Akpan, thank you, especially.  I know you've
9  had a reluctant client from the get-go.  I appreciate your
10 presence and perseverance.
11          Thanks, folks.
12          (Proceedings concluded.)

Case 1:23-cr-00032-TNM    Document 35    Filed 05/29/24    Page 6 of 6    6

**CERTIFICATE**

I, LISA EDWARDS, RDR, CRR, do hereby certify that the foregoing constitutes a true and accurate transcript of my stenographic notes, and is a full, true, and complete transcript of the proceedings produced to the best of my ability.

Dated this 29th day of May, 2024.

/s/ Lisa Edwards, RDR, CRR
Official Court Reporter
United States District Court for the
  District of Columbia
333 Constitution Avenue, Northwest
Washington, D.C. 20001
(202) 354-3269