| Government | ☐ | United States of America | | | | |
|---|---|---|---|---|---|---|
| Plaintiff | ☐ | VS. | | | Civil/Criminal No. | 23-cr-32 (TNM) |
| Defendant | ✓ | Victor Sean Dennison | | | | |
| Joint | ☐ | | | | | |
| Court | ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | ~~EXHIBITS SENT INTO JURY (date & time)~~ |
|---|---|---|---|---|---|
| 1 | Photo - Living Off-Grid | 8/27/2024 | 8/27/2024 | Arnesha Bahn | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |